| TO: | **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION ON APPEAL<br>REGARDING A COPYRIGHT |
|---|---|---|

In compliance with the provisions of 17 U.S.C. § 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

( X ) ACTION    ( ) APPEAL

DOCKET NO: 16-cv-06083-LB

DATE FILED: October 21, 2016

COURT NAME AND LOCATION
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

PLAINTIFF:
Peak Oyun Yazilim Ve Pazarlama As

DEFENDANT:
Hasbro, Inc.

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | SEE ATTACHED COMPLAINT | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

In the above-entitled case, the following copyright(s) have been included.

DATE INCLUDED     INCLUDED BY:
( ) Amendment     ( ) Answer     ( ) Cross Bill     ( ) Other Pleading

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, a final decision was entered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

COPY ATTACHED:                WRITTEN OPINION ATTACHED:          DATE RENDERED:
( ) Order    ( ) Judgment     ( ) Yes    ( ) No

Susan Y. Soong, Clerk

s/Felicia Reloba
(by) Deputy Clerk, Felicia Reloba

10/21/16
Date Rendered

Copy 1 – Upon initiation of action, mail copy to Register of Copyrights
Copy 2 – Upon filing of document adding copyright(s), mail copy to the Register of Copyrights
Copy 3 – Upon termination of action, mail copy to Register of Copyrights
Copy 4 – In the event of an appeal, forward copy to Appellate Court
Copy 5 – Case File Copy