JENNIFER L. KELLY (CSB No. 193416)
jkelly@fenwick.com
LIWEN A. MAH (CSB No. 239033)
lmah@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

ERIC BALL (CSB No. 241327)
eball@fenwick.com
KUNYU CHING (CSB No. 292616)
kching@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA  94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

Attorneys for Plaintiff
PEAK OYUN YAZILIM VE PAZARLAMA AS
d/b/a PEAK GAMES

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEAK OYUN YAZILIM VE PAZARLAMA AS d/b/a PEAK GAMES,<br><br>Plaintiff,<br><br>v.<br><br>HASBRO, INC., a Rhode Island corporation, and BACKFLIP STUDIOS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 3:16-cv-06083-LB<br><br>**CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**<br><br>Date Action Filed: 10/21/2016 |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

1  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the
2  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

4  Dated:   November 3, 2016			FENWICK & WEST LLP

6						By: *s/ Jennifer L. Kelly*
7						      Jennifer L. Kelly (CSB No. 193416)

8						      Attorneys for Plaintiff
						      PEAK OYUN YAZILIM VE PAZARLAMA
9						      AS d/b/a PEAK GAMES

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

CONSENT TO PROCEED
BEFORE MAGISTRATE JUDGE

2

CASE NO. 3:16-cv-06083-LB