JEREMY S. GOLDMAN
FRANKFURT KURNIT KLEIN & SELZ, P.C.
2029 Century Park East, Suite 1060
Los Angeles, CA 90067
Telephone: (310) 579 9611
Facsimile:  (310) 579 9650
E-Mail:  jgoldman@fkks.com

Attorneys for Defendant
Hasbro, Inc. and Backflip Studios, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEAK OYUN YAZILIM VE PAZARLAMA AS, a Turkey corporation, d/b/a/ Peak Games, <br><br>  Plaintiff, <br><br> vs. <br><br> HASBRO, INC., a Rhode Island corporation, and BACKFLIP STUDIOS, LLC, a Delaware Limited liability company, <br><br>  Defendants. | Case No.: 3:16-cv-06083(LB) <br><br> Assigned to the Hon. Laurel Beeler <br><br> **HASBRO, INC.'S AND BACKFLIP STUDIOS LLC'S, INC.'S RULE 7.1 DISCLOSURE STATEMENT** <br><br> Complaint Filed:  October 21, 2016 |

- 1 -

HASBRO INC.'S AND BACKFLIP STUDIOS LLC'S RULE 7.1 DISCLOSURE STATEMENT

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel of record for Defendants Hasbro, Inc. ("Hasbro") and Backflip Studios LLC ("Backflip") certify the following based on current knowledge:

(1) Hasbro is a publicly-held corporation. Hasbro has no parent corporation, and no publicly-held corporation owns 10% or more of Hasbro's stock.

(2) Hasbro owns 10% or more of the stock of Backflip. Backflip has no other patent corporation, and no other publicly held corporation owns 10% or more of Backflip's stock.

Dated:  December 12, 2016                    FRANKFURT KURNIT KLEIN & SELZ, P.C.

By: _____
Jeremy S. Goldman
2029 Century Park East, Suite 1060
Los Angeles, California 90067
Tel.: (310) 579 9611
Fax: (310) 579 9650
Email:  jgoldman@fkks.com
*Attorneys for Defendants Hasbro, Inc. and Backflip Studios LLC*

- 2 -

HASBRO INC.'S AND BACKFLIP STUDIOS LLC'S RULE 7.1 DISCLOSURE STATEMENT