1  JENNIFER L. KELLY (CSB No. 193416)
   jkelly@fenwick.com
2  LIWEN A. MAH (CSB No. 239033)
   lmah@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA 94104
   Telephone:    415.875.2300
5  Facsimile:    415.281.1350

6  ERIC BALL (CSB No. 241327)
   eball@fenwick.com
7  KUNYU CHING (CSB No. 292616)
   kching@fenwick.com
8  FENWICK & WEST LLP
   Silicon Valley Center
9  801 California Street
   Mountain View, CA 94041
10 Telephone:    650.988.8500
   Facsimile:    650.938.5200
11
   Attorneys for Plaintiff
12 PEAK OYUN YAZILIM VE PAZARLAMA AS
   d/b/a PEAK GAMES
13

14              UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF CALIFORNIA
15

16 PEAK OYUN YAZILIM VE PAZARLAMA AS        Case No.: 3:16-cv-06083-LB
17 d/b/a PEAK GAMES,
                                            ADR CERTIFICATION BY PARTY AND
18              Plaintiff,                   COUNSEL

19      v.                                   Judge:        Magistrate Judge Laurel Beeler
                                             Trial Date:   Not Set
20 HASBRO, INC., a Rhode Island corporation, and   Action Filed: October 21, 2016
   BACKFLIP STUDIOS, LLC, a Delaware limited
21 liability company,

22              Defendants.

23

24      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), the undersigned certifies that he or

25 she has:

26      (1)    Read the handbook entitled "Dispute Resolution Procedures in the Northern

27 District of California"(available at www.adr.cand.uscourts.gov;

28 ///

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

1        (2)    Discussed the available dispute resolution options provided by the Court and

2    private entities; and

3        (3)    Considered whether this case might benefit from any of the available dispute

4    resolution options.

                                Peak Oyun Yazılım ve Pazarlama A.Ş.

5                                    Ömer Avni Mah. İnebolu Sok. Haktan İş Mrk.
                                No. 39 Kat 3 Kabataş-Beyoğlu -İstanbul

6    Dated:   December 22, 2016            Beyoğlu V.D.: 723 040 2048
                                Ticaret Sicil No: 750337
                                Mersis No: 0723040204800011

7

8                                    Peak Oyun Yazilim Ve Pazarlama As
                                d/b/a Peak Games

9

10   Dated:   December 22, 2016            FENWICK & WEST LLP

11

12

13   By: s/ Eric Ball
                                Eric Ball (CSB No. 241327)

14

15                                   Attorneys for Plaintiff
                                PEAK OYUN YAZILIM VE PAZARLAMA
                                AS, d/b/a PEAK GAMES

16

17

18

19

20

21

22

23

24

25

26

27

28

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW